IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAUREN SHERMAN,<br><br>Defendant. | **8:22CR192**<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

The defendant appeared before the Court on October 6, 2023 regarding Petition for Action on Conditions of Pretrial Release [32].   David Stickman represented the defendant on behalf of Jeffrey Thomas.   Lecia Wright represented the government.   The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act.  18 U.S.C. § 3148.

The defendant denied violating release conditions (1) and (u).   The defendant requested a continuance which was granted.  A disposition and revocation and detention hearing is scheduled before Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Friday, October 13, 2023 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated this 6th day of October, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge